UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AL HARAMAIN ISLAMIC FOUNDATION, INC., AND MULTICULTURAL ASSOCIATION OF SOUTHERN OREGON, | Civil Case No. 3:07-CV-01155-KI |
| Plaintiffs, | JUDGMENT |
| vs. | |
| UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY GEITHNER, OFFICE OF FOREIGN ASSETS CONTROL, ADAM J. SZUBIN, UNITED STATES DEPARTMENT OF JUSTICE, AND ERIC H. HOLDER, | |
| Defendants. | |

Thomas H. Nelson
P. O. Box 1211, 24525 E. Welches Road
Welches, Oregon  97067

Page 1 - JUDGMENT

J. Ashlee Albies
815 SW Second Avenue, Suite 500
Portland, Oregon  97204
David D. Cole
c/o Georgetown University Law Center
600 New Jersey Avenue, N. W.
Washington, D. C.  20001

Lynne Bernabei
Alan R. Kabat
Bernabei & Wachtel, PLLC
1775 T Street, N. W.
Washington, D. C.  20009-7124

    Attorneys for Plaintiffs

Suart F. Delery
Acting Assistant Attorney General

Sandra M. Schraibman
Assistant Branch Director
Federal Programs Branch

Dianne Kelleher
Stephen Buckingham
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20001

    Attorneys for Defendants


KING, Judge:

Based on the record,

    It is ORDERED AND ADJUDGED as follows:

    (1)  Judgment is hereby entered for Plaintiff Multicultural Association of Southern

Page 2 - JUDGMENT

Oregon ("MCASO") on its First Amendment challenge to the content-based prohibitions in Section 2(a) of Executive Order 13224. MCASO has a First Amendment right to engage in the forms of coordinated advocacy with AHIF-Oregon that it identified in this litigation, including conducting joint press conferences, issuing coordinated press releases, holding demonstrations, contacting the government, and organizing public education activities in conjunction with AHIF-Oregon, and Defendants are enjoined from enforcing Section 2(a) against MCASO for engaging in those forms of coordinated advocacy with AHIF-Oregon.

(2) Defendants violated AHIF-Oregon's Fourth Amendment rights by blocking its assets indefinitely without obtaining a warrant. However, because on the existing administrative record Defendants' blocking of AHIF-Oregon's assets is lawful under E.O. 13,224, the Fourth Amendment violation was harmless error.

(3) All remaining claims are dismissed with prejudice.

Dated this ___12th___ day of December, 2012.

       /s/ Garr M. King
      Garr M. King
      United States District Judge